170 A.3d 341

EDWARD BOYER, APPELLANT-PETITIONER, v. DEPARTMENT
OF CORRECTIONS, RESPONDENT-RESPONDENT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004054–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.